

D'AGOSTINO, LEDERMAN, LANDESMAN, RIVERA & MIRAGLIA, LLP

9 EAST 40th STREET, 5th FLOOR, NEW YORK, NEW YORK 10016

TEL: 212.564.9800 | FAX: 212.564.9802
DLPARTNERSLAW.COM

JOHN D'AGOSTINO (Retired)
BRUCE H. LEDERMAN*
WAYNE R. LANDESMAN*
BETTINA M. MIRAGLIA◊
JOSE M. RIVERA*
ERIC R. GARCIA
CHRISTOPHER M. TARNOK
JONHAROLD A. CICERO
GRACE BETANCOURT POWERS

Writer's E-Mail:
blederman@dlpartnerslaw.com

OF COUNSEL
PAUL J. KORNGOLD

SENIOR COUNSEL
KELLYANN STANARD

SPECIAL COUNSEL
SUSAN M. SCHARBACHº

JANE S. JEONG

*  Also Admitted In NJ
◊  Also Admitted In CT
º  Also Admitted In MA

April 17, 2025

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

Re:   *400 East 62nd Properties, LLC v. Grupo Cinemex, S.A. de C.V.*
      Case No. 1:20-cv-04917-JLR

Dear Judge Rochon:

We are counsel to Plaintiff and have received your order scheduling oral argument for April 25. We write to update the Court on efforts to obtain jurisdiction in the newly filed State Supreme Court Action and request that oral argument be adjourned for 30 days. Counsel for Defendant does not consent.

Attached is a letter from local counsel in Mexico advising that the Mexican Courts have issued letters rogatory but that the defendant, which has offices in a high-security building, refused access to the process server. We had the same experience in prior service in this Federal Action. This requires a further Court order to the building to allow access. The attached letter confirms that local counsel has advised the Mexican Courts and has leave to file a further application which they anticipate doing on April 21 (Courts are closed this week).

We are prepared to argue the pending motion to dismiss on April 25, but since it appears that Hague Convention service is moving ahead, we respectfully request a 30-day adjournment until May 22 or such other date works for the Court and opposing counsel since the pending motion may soon become moot.

Thank you, for your consideration.

Very truly yours

Bruce H. Lederman

> The request for a 30-day adjournment is DENIED. As stated in the Court's prior order, *see* Dkt. 109, the parties shall appear before the Court for oral argument on **April 25, 2025 at 10:00 a.m**.
>
> **SO ORDERED.**
>
> Dated: April 18, 2025
> New York, New York
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

2