**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
400 EAST 62ND PROPERTIES, LLC,

                Plaintiff,

  -against-                                  20 **CIVIL** 4917 (JLR)

**JUDGMENT**

GRUPO CINEMEX, S.A. DE C.V.,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 28, 2025, Defendant's motion to dismiss for lack of subject matter jurisdiction under Rule 12(b)(1) is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      April 28, 2025

                                                  **TAMMI M HELLWIG**

                                                  **Clerk of Court**

                 **BY:**

                                                  **Deputy Clerk**